# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PRESSURE WASHER SERVICE, INC.,

Appellant,

v.

PHOENIX PROPERTIES INTERNATIONAL, INC. D/B/A PHOENIX PROPERTIES, INC.,

Appellee.

No. 2D2024-2038
_____

October 31, 2025

Appeal from the Circuit Court for Pinellas County; Patricia Muscarella, Judge.

Jaime Austrich and Duane A. Daiker of Shumaker, Loop & Kendrick, LLP, Tampa, for Appellant.

Richard D. Sneed, Jr. of Richard D. Sneed, Jr. P.A., Vero Beach, and Jessica Rae Hathaway of Jessica Rae Hathaway, P.A., Clearwater, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.